# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

      Plaintiff,

      v.                               Case No. 18-CR-24

**ERIN KMICHIK**,

      Defendant.

## REPORT AND RECOMMENDATION
## ON DEFENDANT'S GUILTY PLEA

The United States of America and the defendant, Erin Kmichik, appeared before me on July 13, 2018, for a guilty plea colloquy pursuant to Rule 11 of the Federal Rules of Criminal Procedure. *See* Court Minutes of Change of Plea Hearing, ECF No. 43. Ms. Kmichik, who was represented by counsel at the hearing, consented to my conducting the plea colloquy. I explained that it would be for United States District Judge J.P. Stadtmueller alone, not me, to enter the plea and that my role was to conduct the plea colloquy and then to prepare a report and recommendation for ultimate disposition by Judge Stadtmueller.

After Ms. Kmichik was placed under oath and advised as to the implications of being untruthful, I questioned her about her competency to go forward with the hearing. Through her responses, I found that Ms. Kmichik was lucid, intelligent, and not under the influence of any intoxicants or substances.

I then discussed in detail each of the subjects specified in Rule 11, including the rights Ms. Kmichik would surrender by entering a plea of guilty, the maximum penalties associated with the offenses included in the Plea Agreement, ECF No. 40, and the authority of the sentencing judge to disregard any recommendations in the Agreement, and to sentence Ms. Kmichik at the statutory maximums. Ms. Kmichik fully understood the rights she was surrendering and the implications of pleading guilty. Ms. Kmichik also was satisfied that she had received effective assistance of counsel.

At the conclusion of this colloquy, I determined that the guilty plea was knowing and voluntary and was not induced by threats or by promises not contained in the Plea Agreement. I found that there was an independent factual basis containing each of the essential elements of Count Thirteen of the Indictment, ECF No. 11, to which Ms. Kmichik was pleading guilty. Ms. Kmichik advised that she was pleading guilty to those offenses because she was, in fact, guilty and that the United States could prove beyond a reasonable doubt that she was guilty of them. Finally, I found that, in responding to my questions, Ms. Kmichik was candid, respectful, and non-evasive, fully accepting responsibility for and acknowledging the unlawfulness of her conduct.

**NOW, THEREFORE, IT IS HEREBY RECOMMENDED** that defendant Erin Kmichik's plea of guilty be accepted; that a presentence investigation and report be prepared according to the schedule set by the Court; that Ms. Kmichik should receive full credit for acceptance of responsibility; and that Ms. Kmichik be

adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Crim. P. 59(b), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this Recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the District Judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin, this   13th   day of July, 2018.

**BY THE COURT:**

*s/ David E. Jones*
DAVID E. JONES
United States Magistrate Judge