*Thomas E. Hayes* 

October 18, 2018

The Honorable J.P. Stadtmueller
United States Courthouse
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

        Re:    United States of America v. Erin Kmichik
               Case No.: 18CR024

Dear Judge Stadtmueller:

        This will confirm that I spoke with Ms. Kmichik following today's sentencing hearing and advised her of her post-conviction options. Ms. Kmichik advised me that she does not wish to attempt to withdraw her not guilty plea or appeal any aspect of her case including her guilty plea and sentencing. Enclosed is a statement signed by Ms. Kmichik that confirms the same.

        Thank you for your attention to this matter, I am

Respectfully,

Thomas E. Hayes
Attorney at Law

TEH:tas

Enclosure

161 W. Wisconsin Avenue
Suite 3032
Milwaukee, WI 53203
414-271-9844
800-839-5840
414-271-4393 Fax
natnal@sbcglobal.net

*Attorney at Law*

1

I have discussed my post conviction options with my attorney Tom Hayes. I have advised Attorney Hayes that I do not wish to attempt to withdraw my guilty plea or appeal any aspect of what has occurred in the District Court including my guilty plea and sentence.

10-18-18

*Erin Kmichik* (signature)
Erin Kmichik