UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,                        CASE NO.: 18-CR-24

vs.

ERIN KMICHIK,

        Defendant.

## NOTICE OF APPEARANCE

Please take notice that Attorney Thomas E. Hayes has been appointed, and appears for the defendant, ERIN KMICHIK, in the above- entitled matter, and does hereby demand that copies of all pleadings, in this action be served upon the undersigned, at my office, located at 161 West Wisconsin Avenue, Suite 5196, Milwaukee, Wisconsin 53203.

Dated at Milwaukee, Wisconsin this 25th day of September, 2023.

                                        LAW OFFICES OF THOMAS E. HAYES

                                        BY:/s/_____
                                          Thomas E. Hayes
                                          Attorney for Defendant Erin Kmichik
                                          State Bar No.: 1015289

**P.O. Address:**
161 West Wisconsin Avenue, #5196
Milwaukee, Wisconsin 53203
(414) 271-9844